Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,

UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; and PRIORITY RECORDS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - **FRESNO DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>                Plaintiffs,<br>   v.<br>CHRISTINA HIGAREDA,<br><br>                Defendants. | CASE NO. 1:08-CV-00112-AWI-SMS<br><br>**Honorable Sandra M. Snyder**<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

Upon Plaintiffs' *Ex Parte* Application to Continue Initial Scheduling Conference, and good cause having been shown, it is hereby:

ORDERED that the scheduling conference currently scheduled for April 30, 2008, at 9:00 a.m., is hereby continued to July 2, 2008 at 9:15am before Judge Sandra M. Snyder in courtroom 7 on the 6th floor.

IT IS SO ORDERED.

Dated:   **April 29, 2008**
         **/s/ Sandra M. Snyder**
         UNITED STATES MAGISTRATE JUDGE