Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; and PRIORITY RECORDS LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and PRIORITY RECORDS LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>   v.<br><br>CHRISTINA HIGAREDA,<br><br>         Defendant. | CASE NO. 1:08-CV-00112-AWI-SMS<br><br>Hon. Anthony W. Ishii<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND  ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs respectfully request that the Court vacate the case management conference set for July 2, 2008 at 9:15 a.m. Defendant is in default, and on June 25, 2008, Plaintiffs will be filing their Notice of Motion and Motion for Default Judgment this week. Thus, there appears to be no need for a case management conference at this time. Accordingly, Plaintiffs respectfully request that the Court vacate the case management conference set for July 2, 2008 at 9:15 a.m.

DATED: June 26, 2008

HOLME ROBERTS & OWEN LLP

By: */s/ Dawniell Alise Zavala*
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; and PRIORITY RECORDS LLC

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference scheduled for July 2, 2008 at 9:15 a.m. is vacated.

Dated:  6/26/2008        By:   /s/ Sandra M. Snyder
Honorable Sandra M. Snyder
United States Magistrate Judge

1

*EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 1:08-cv-00112-AWI-SMS
#38436 v1

PDF created with pdfFactory trial version www.pdffactory.com