UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>CHRISTINA HIGAREDA,<br>　　　　Defendant. | 1:08-cv-112-AWI-SMS<br><br>ORDER **VACATING HEARING SET FOR AUGUST 22, 2008**, ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DEEMING MOTION SUBMITTED ON THE PAPERS (DOC. 16) |

　　Plaintiffs are proceeding with a civil action in this Court. On June 27, 2008, Plaintiffs filed a motion for default judgment. The motion for default judgment was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

　　Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff for entry of a default judgment is a matter that may appropriately be submitted upon the record and briefs.

//
/////
///////

1  Accordingly, the hearing on the motion, presently set for
2 August 22, 2008, IS VACATED, and the motion IS DEEMED SUBMITTED
3 to the Court for decision.

IT IS SO ORDERED.

**Dated:   August 11, 2008**                     /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE