UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>CHRISTINA HIGAREDA,<br><br>　　　　Defendant. | 1:08-cv-112-AWI-SMS<br><br>ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (DOCS. 16, 24) |

Plaintiffs are proceeding with an action for damages and other relief. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Pending before the Court is Plaintiffs' motion for default judgment against Defendant Christina Higareda.

On August 14, 2008, the Magistrate Judge filed findings and a recommendation that Plaintiffs' motion for default judgment against Defendant be granted. The findings and recommendation were served on Defendant on September 19, 2008; when mail was returned as undeliverable, the findings and recommendation were reserved by mail on Plaintiff at 1071 Stonegate Cove Drive, Apt. A, Porterville, California, 93257. They contained notice that any objections to the findings and recommendations were to be filed

within thirty (30) days of the date of service of the order. No party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist</u>., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed August 14, 2008, are ADOPTED IN FULL; and

2. The Clerk of the Court IS DIRECTED to enter judgment in favor of Plaintiffs UMG RECORDINGS, INC.; CAPITOL RECORDS RECORDS, INC.; WARNER BROS. RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; AND PRIORITY RECORDS LLC, and against Defendant CHRISTINA HIGAREDA, for $6,000.00 in statutory damages, and $550.00 in costs; and

3. The Clerk IS DIRECTED to enter judgment in favor of Plaintiffs UMG RECORDINGS, INC.; CAPITOL RECORDS RECORDS, INC.; WARNER BROS. RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; AND PRIORITY RECORDS LLC, and against Defendant CHRISTINA HIGAREDA, enjoining Defendant from directly or indirectly infringing Plaintiffs' rights in the following copyrighted sound recordings: "Kryptonite," on album "The Better Life," by artist "3 Doors Down" (SR# 277-407); "Here It Goes Again," on album "Oh No," by artist "OK Go" (SR# 377-392); "Just Stop," on album "Ten Thousand Fists," by artist "Disturbed" (SR# 380-289); "Poison," on album "Trash," by artist "Alice Cooper" (SR# 107-959); "Waiting," on

album "Someone In Control," by artist "Trapt" (SR# 375-267); "Atomic," on album "Eat to the Beat," by artist "Blondie" (SR# 12-739); "LBC and ING," on album "The Recipe," by artist "Mack 10" (SR# 264-565); "Show Me How to Live," on album "Audioslave," by artist "Audioslave" (SR# 322-103); and any copyrighted sound recording, whether now in existence or later created, which is owned or controlled by Plaintiffs ("Plaintiffs' recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' recordings, to distribute (i.e., upload) any of Plaintiffs' recordings, or to make any of Plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs; Defendant also shall destroy all copies of Plaintiffs' recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

**Dated:   November 10, 2008**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE